**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7216**

ANTONIO L. BARNES,

Plaintiff - Appellant,

versus

CORRECT CARE SOLUTIONS, INCORPORATED (C.C.S.);
DEPUTY MILLER; R. MCCABE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:07-cv-00573-JCC)

Submitted:  November 21, 2007      Decided:  December 12, 2007

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio L. Barnes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio L. Barnes appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in Jones v. Bock, 127 S. Ct. 910 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barnes v. Correct Care, No. 1:07-cv-00573-JCC (E.D. Va. July 26, 2007). We also deny Barnes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED